# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TINA SUPPA,**

                **Plaintiff,**

-vs-                            Case No. 6:07-cv-289-Orl-22KRS

**ACE AMERICAN INSURANCE COMPANY, DILLARDS, INC., FORT WORTH CARRIER CORPORATION, WILLIAM MICHAEL MAHONEY, LIBERTY COUNTY MUTUAL INSURANCE CO., LEXINGTON INSURANCE COMPANY, and DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY,**

                **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR DEFENDANT FORT WORTH CARRIER CORPORATION TO SERVE ANSWER TO PLAINTIFF'S COMPLAINT (Doc. No. 44)** |
| **FILED:** | **September 25, 2007** |
| | **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. |

Defendant Fort Worth Carrier Corporation shall have until October 31, 2007, to answer or otherwise respond to the complaint filed in this action.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2007.

                                          *Karla R. Spaulding*
                                          KARLA R. SPAULDING
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties