# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TINA SUPPA,**

            **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-289-Orl-22KRS**

**ACE AMERICAN INSURANCE COMPANY,
DILLARDS, INC., FORT WORTH CARRIER
CORPORATION, WILLIAM MICHAEL MAHONEY,
LIBERTY COUNTY MUTUAL INSURANCE CO.,
LEXINGTON INSURANCE COMPANY, and
DISCOVER PROPERTY & CASUALTY INSURANCE
COMPANY,**

            **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO EXTEND AND ENLARGE TIME FOR SERVICE OF COMPLAINT ON DEFENDANT WILLIAM MICHAEL MAHONEY (Doc. No. 45)**
>
> **FILED:** September 25, 2007
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Plaintiff Tina Suppa shall effect proper service of process on Defendant William Michael

Mahoney, and file proof of such service with this Court pursuant to Federal Rule of Civil Procedure 4(l), on or before October 31, 2007.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties